IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:06CR384 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 21291-047 | |
| ) | | |
| WILLIAM P. GUNTER ) | ADAM J. SIPPLE | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 6/21/2007 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 133 months is reduced to 113 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 29     Amended Offense Level: 27
Criminal History Category: V     Criminal History Category: V
Previous Guideline Range: 140 to 175 months     Amended Guideline Range: 120 to 150 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated June 21, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 9th day of July, 2008
Effective Date: Wednesday, July 23, 2008

s/ Laurie Smith Camp
United States District Judge