# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR384 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| WILLIAM P. GUNTER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Amend Judgment (Filing No. 220). The Defendant has withdrawn the Motion, with the exception of his request for a recommendation from the Court to the Bureau of Prisons, suggesting that he serve his time at FCI Englewood, Colorado. The Court concludes that the Defendant can bring to the attention of the BOP administration his concerns regarding his safety, and his reasons for requesting a transfer to another correctional facility.

Accordingly,

IT IS ORDERED:

1. The Defendant's Motion to Amend Judgment (Filing No. 220), as modified by the Defendant's Withdrawal, in Part, of Motion to Amend Judgment (Filing No. 226), is denied; and

2. The hearing previously scheduled in this matter for April 20, 2009, is cancelled.

DATED this 16th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Court